IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE AMENT,<br><br>        Plaintiff,<br><br>   v.<br><br>HIGHMARK LIFE INSURANCE,<br><br>        Defendant.<br>_____/ | No. C 05-00131 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTION RE: ERISA set for hearing on August 12, 2005, at 9:00 a.m.

FURTHER CASE MANAGEMENT: August 12, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 1, 2005.

DESIGNATION OF EXPERTS: 11/15/05; REBUTTAL: 12/1/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 19, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by January 20, 2006;

    Opp. Due February 3, 2006; Reply Due February 10, 2006;

    and set for hearing no later than February 24, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 4, 2006 at 3:30 PM.

JURY TRIAL DATE: April 17, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation session shall be completed by August 12, 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/31/05                                                S/Susan Illston
                                                                                    SUSAN ILLSTON
                                                                                     United States District Judge