1

2                     IN THE UNITED STATES DISTRICT COURT

3                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    SUE AMENT,                              No. C 05-00131 SI

6              Plaintiff,                    **ORDER OF DISMISSAL UPON
                                             SETTLEMENT**
7       v.

8    HIGHMARK LIFE INSURANCE,

9              Defendant.
                                        /
10

11          The parties to the action, by their counsel, have advised the court that they have agreed to a

12   settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that if

14   any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within

15   ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated

16   and this cause shall forthwith be restored to the calendar for further proceedings.

17   Dated: 8/8/05

                                             _____
18                                           SUSAN ILLSTON
                                             United States District Judge
19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   SUE AMENT,                              No. C 05-00131 SI

6              Plaintiff,                   **ORDER   OF   DISMISSAL   UPON
                                            SETTLEMENT**
7       v.

8   HIGHMARK LIFE INSURANCE,

9              Defendant.
                                        /
10  ——————————————————————————

11          The parties to the action, by their counsel, have advised the court that they have agreed to a

12  settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE.  However, that if

14  any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within

15  ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated

16  and this cause shall forthwith be restored to the calendar for further proceedings.

17  Dated: 8/8/05
                                        ———————————————————
18                                      SUSAN ILLSTON
                                        United States District Judge
19

20

21

22

23

24

25

26

27

28