1 Laurence F. Padway (SBN: 083914)
  LAW OFFICES OF LAURENCE F. PADWAY
2 1516 Oak Street, Suite 109
  Alameda, CA 94501
3 Telephone: (510) 814-6100
  Facsimile: (510) 814-0650
4
  Attorneys for Plaintiff
5 SUE AMENT

6 Bryan M. Weiss (SBN: 128679)
  Jane Olivas Matsuda (SBN: 181034 )
7 MURCHISON & CUMMING, LLP
  801 South Grand Avenue, 9th Floor
8 Los Angeles, CA 90017
  Telephone: (213) 623-7400
9 Facsimile: (213) 623-6336

10 Attorneys for Defendant
   HIGHMARK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE AMENT, | CASE NO. C 05-00131 SI |
| Plaintiff, | **STIPULATION FOR DISMISSAL** |
| v. | Hon. Susan Illston |
| HIGHMARK LIFE INSURANCE COMPANY and TRANS-GENERAL LIFE INSURANCE COMPANY, and DOES 1-100, inclusive, | |
| Defendants. | |

---

Stipulation for Dismissal     Page 1 of 2     CASE NO. C05-00131 SI

1  Whereas, the foregoing matter settled at mediation, it is stipulated that the within
2  case be dismissed with prejudice.

LAW OFFICES OF LAURENCE F. PADWAY

Dated: July 17, 2005     /s/ _____
                         Laurence F. Padway
                         Attorney for Plaintiff
                         SUE AMENT

Dated: July ~~July~~ August 2, 2005     MURCHISON & CUMMING, LLP

By _____
Attorneys for Defendant
HIGHMARK LIFE INSURANCE COMPANY

Good cause appearing, it is so ordered.

Dated: _____     _____
                                    Hon. Susan Illston
                                    UNITED STATES DISTRICT JUDGE

**GRANTED**
Judge Susan Illston

Stipulation for Dismissal          Page 2 of 2          CASE NO. C05-00131 SI